UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| TANYA LITTLEFIELD, on behalf of herself and all others similarly situated, | ) ) ) | C/A: 2:22-cv-2716-BHH |
| Plaintiff, | ) ) | **MOTION FOR CONDITIONAL CLASS CERTIFICATION (FLSA) AND TO AUTHORIZE NOTICE TO PUTATIVE CLASS MEMBERS** |
| v. | ) ) ) | |
| CIRCA 1886, LLC a/b/a CIRCA 1886; 1886, LLC; MICHELLE WOODHULL, individually; & MARK SEVERS, individually, | ) ) ) ) ) | |
| Defendants. | )) | |

Plaintiff, Tanya Littlefield ("Littlefield"), on behalf of herself and all others similarly situated, by and through her undersigned counsel, hereby moves this Honorable Court for an Order granting Conditional Collective Action Certification, pursuant to the Fair Labor Standards Act, 29 U.S.C § 216(b), and an order sending notices to the putative class members. This motion is supported by the Memorandum in Support with the various exhibits and any oral argument that may be needed by this court.

s/Bruce E. Miller
Bruce E. Miller (Fed. Bar No. 3393)
BRUCE E. MILLER, P.A.
147 Wappoo Creek Drive, Suite 603
Charleston, SC 29412
T: 843.579.7373
F: 843.614.6417
bmiller@brucemillerlaw.com

**ATTORNEY FOR PLAINTIFFS**

CHARLESTON, SC
August 30, 2022