UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| TANYA LITTLEFIELD, on behalf of herself and all others similarly situated, | ) ) ) | C/A: 2:22-cv-2716-BHH |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **JOINT MOTION REQUESTING APPROVAL OF FAIR LABOR STANDARDS ACT SETTLEMENT** |
| CIRCA 1886, LLC d/b/a CIRCA 1886; 1886, LLC; MICHELLE WOODHULL, individually; & MARK SEVERS, individually, | ) ) ) ) ) | |
| Defendants. | ) ) | |

The above-captioned parties herby jointly move this Court for approval of settlement of the above civil action. Plaintiff alleges Defendants violated the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* (hereafter "FLSA") and the South Carolina Payment of Wages Act, S.C. Code Ann. § 41-10-10, *et seq.* (hereafter "Wages Act"). Defendants deny any liability under the FLSA and Wages Act.

However, after considerable discussion and review of the law, the parties have agreed to a settlement. The parties have agreed to keep the terms of the settlement agreement confidential and request that this Court approve their settlement.[1] The parties will submit the specific terms of the confidential settlement to the Court for approval, but such terms are not contained in this Motion in an effort to preserve the confidential nature of the Parties' agreement. The Parties believe the

---

[1] This procedure was followed and approved by this Court in the matter of *Andrew W. Browder, et al. v. Peninsula Grill Associates, LLC*, Case No. 2:14-cv-4135-PMD (D.S.C.) (Charleston Division) and *Bret Herspold, et al. v. King Kong Sushi Bar & Grill, LLC*, Case No. 4:14-CV-03418-RBH, (D.S.C.) (Florence Division).

settlement reached and agreed upon to be fair and reasonable. Based on the foregoing, the Parties hereby move for a Court Order approving the Settlement Agreement reached by the parties.

We so move and consent this 1st day of December 2022.

WE CONSENT:

| **BRUCE E. MILLER, P.A.** | **WOMBLE BOND DICKINSON (US) LLP** |
|---|---|
| s/ *Bruce E. Miller* <br> Bruce E. Miller, Fed ID #3393 <br> 147 Wappoo Creek Drive, Suite 603 <br> Charleston, SC 29412 <br> Ph:     (843) 579-7373 <br> Fax:    (843) 614-6417 <br> Email:  bmiller@brucemillerlaw.com <br><br> *Attorney for the Plaintiff* | s/ *Greg Horton* <br> Greg Horton (Federal Bar # 7103) <br> Greg.Horton@wbd-us.com <br> Harriet Condon Ward <br> Harriet.Ward@wbd-us.com (Federal Bar #13350) <br> P.O. Box 999 [5 Exchange Street, 29401-2530] <br> Charleston, South Carolina 29402-0999 <br> Ph.: (843) 722-3400 <br><br> *Attorneys for Defendants* |